UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-cv-00334-MOC

| | |
|---|---|
| **MARLON JERMAINE WATERS**, | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| Vs. | )   **ORDER CONCERNING**<br>)   **SECTION 636(c) REFERRAL**<br>) |
| **ANDREW M. SAUL**, | )<br>) |
| Defendant(s). | ) |

**THIS MATTER** is before the Court on its own motion regarding the parties' consent to the exercise of jurisdiction by a United States Magistrate Judge, submitted in accordance with 28, United States Code, Section 636(c), Rule 73, Federal Rules of Civil Procedure, and Local Civil Rule 73.1.

In accordance with the *Amended Standing Order of Referral* (#2), 3:11mc25 (effective January 1, 2019), the Court has considered reassignment of this matter based on the written consent of the parties. Accordingly, the Clerk of Court is **HEREBY** directed to:

☒     Assign this matter to a United States Magistrate Judge; or

☐     Vacate the Section 636(c) referral in accordance with Rule 73(c) and retain the assignment with the United States District Judge.

Signed: May 19, 2021



Max O. Cogburn Jr.
United States District Judge