IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00334-WCM

MARLON JERMAINE WATERS,      )
                             )
            Plaintiff,       )
                             )            ORDER
v.                           )
                             )
KILOLO KIJAKAZI,             )
*Commissioner of Social*     )
*Security Administration,*   )
                             )
            Defendant.       )
_____  )

This matter is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure (the "Motion to Dismiss," Doc. 17), by which Plaintiff requests that this matter be dismissed with prejudice. Plaintiff represents that Defendant does not object.

For the reasons stated in the Motion to Dismiss, the Motion to Dismiss (Doc. 17) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

It is so ordered.

Signed: August 9, 2021

*signature*

W. Carleton Metcalf
United States Magistrate Judge